UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MERISSA MYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO:   3:18-cv-508-CHB |
| | ) |
| FANATICS APPAREL, LLC d/b/a | ) |
| FANATICS, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

### I.   NATURE OF THE CASE

1. Plaintiff, Merissa Myers ("Myers"), brings this Complaint against the Defendant, Fanatics, Inc., ("Defendant"), for violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.*, the Age Discrimination in Employment Act, as amended 29 U.S.C. § 621 *et. seq.* and the Kentucky Civil Rights Act.

### II.   PARTIES

2. Myers is a resident of Shepherdsville, Kentucky who at all times relevant to this action resided within the geographical boundaries of the Western District of Kentucky.

3. Defendant maintains offices and conducts business within the geographical boundaries of the Western District of Kentucky.

### III.   JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. § 1331; 28 U.S.C. § 1343; 29 U.S.C. § 626; and 42 U.S.C. §2000e-5(f)(3).

5. Jurisdiction is conferred on Meyers' state law claims pursuant to 28 U.S.C. § 1367 because her state law claims arise from the same common nucleus of operative facts as her

federal law claims and all of her claims form a single case and controversy under Article III of the United States Constitution.

6. Defendant is an "employer" as that term is defined by 29 U.S.C. § 630(b), 42 U.S.C. §2000e(b) and KRS 344.030(2).

7. Myers was an "employee" as that term is defined by 29 U.S.C. § 630(f), 42 U.S.C. §2000e(f) and KRS 344.030(5).

8. Myers satisfied her obligation to exhaust her administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") against the Defendant alleging discrimination based on gender and age. Myers received the required Notice of Sue Rights and timely files this action.

9. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Western District of Kentucky; thus, venue is proper in this Court.

### IV.  FACTUAL ALLEGATIONS

10. Myers is a fifty (50) year old female.

11. Myers was hired by Defendant in or about September 2015 as a full-time seasonal employee.

12. At all times relevant, Myers has met or exceeded Defendant's legitimate performance expectations.

13. In or about March 2016, Myers was promoted to a full-time position as an OPS Administrator and subsequently as a Human Resources Administrative Assistant ("HRAA").

14. In or about April 2017, Myers was promoted to the position of Senior HRAA.

15. On or about December 3, 2017, Myers heard her coworker, Mark Smedley ("Smedley") say, "that's so gay" to Kyle Outz ("Outz"), another coworker. Outz was offended, and Myers asked, "Why are you offended?"

16. On or about December 4, 2017, Outz sent an email to the Human Resources Manager, Mattie Cox ("Cox"), complaining about Myers' question.

17. On or about December 7, 2017, Myers' employment was terminated. Defendant's stated reason for terminating Myers' employment was because of her question to Outz. Smedley, a similarly situated male, was not terminated for the "that's so gay" comment made to Outz.

18. Defendant subsequently hired two younger, male individuals who were less qualified than Myers.

19. In or about November 2017, Robyn Glass ("Glass"), a female, complained to Human Resources about a racially inappropriate comment made by Lamar Duncan ("Duncan"), a male. Duncan, a similarly situated younger male, was not terminated for that comment.

### V. CAUSES OF ACTION

#### COUNT I: AGE DISCRIMINATION-ADEA AND KCRA

20. Myers hereby incorporates paragraphs one (1) through nineteen (19) of her Complaint.

21. Defendant discriminated against Myers on the basis of her age.

22. Defendant has willfully and intentionally discriminated against Myers on the basis of her age in violation of the Age Discrimination in Employment Act (ADEA), as amended, 29 U.S.C. § 621 *et. seq.* and the Kentucky Civil Rights Act, KRS 344.040.

23. Myers has suffered damages as a result of Defendant's unlawful actions.

#### COUNT II: GENDER DISCRIMINATION—TITLE VII AND KCRA

24. Myers hereby incorporates by reference paragraphs one (1) through twenty-three (23) of her Complaint as if the same were set forth at length herein.

25. Myers was discriminated against based on her gender.

26. Defendant's actions are in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et. seq.* and the Kentucky Civil Rights Act, KRS 344.040.

27. Defendant's actions were willful, intentional and done with reckless disregard for Myers legally protected rights.

28. Myers has suffered damages as a result of Defendant's unlawful actions.

### REQUESTED RELIEF

WHEREFORE, Plaintiff, Merissa Myers, respectfully requests that this Court enter judgment in her favor and award her the following relief:

1. All wages, benefits, compensation and other monetary loss suffered as a result of Defendant's unlawful actions;

2. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

3. Compensatory damages for Defendant's violations of Title VII and the KCRA;

4. Punitive damages for Defendant's violation of Title VII;

5. Liquidated damages for Defendant's violation of the ADEA;

6. Costs and attorney's fees incurred as a result of bringing this action;

7. Pre- and post-judgment interest on all sums recoverable; and

8. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

 /s/Mauricus R. Lofton
Mauricus R. Lofton
101 N. Seventh Street
Louisville, Kentucky 40202
(502) 561-3418 (telephone)
(812) 424- 1005 (fax)
 Email: mlofton@bdlegal.com
*Counsel for Plaintiff, Merissa Myers*

## DEMAND FOR JURY TRIAL

Plaintiff, Merissa Myers, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

 /s/Mauricus R. Lofton
Mauricus R. Lofton
101 N. Seventh Street
Louisville, Kentucky 40202
(502) 561-3418 (telephone)
(812) 424- 1005 (fax)
 Email: mlofton@bdlegal.com
*Counsel for Plaintiff, Merissa Myers*