# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| MERISSA MYERS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO: 3:18-cv-00508-CHB |
| FANATICS RETAIL GROUP FULFILLMENT, LLC, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now Plaintiff, Merissa Myers ("Plaintiff"), by counsel, and Fanatics Retail Group Fulfillment, LLC, ("Defendant"), by counsel, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), hereby stipulate and agree that this cause of action and all claims asserted in the above-referenced cause are hereby dismissed with prejudice, pursuant to settlement, with each party to bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,                               Respectfully submitted,

/s/ Mauricus R. Lofton (w/permission)     /s/ Teresa L. Bouchard
Andrew Dutkanych                                    John W. Alden (admitted *pro hac vice)*
Mauricus R. Lofton                                     Teresa L. Bouchard (admitted *pro hac vice*)
Biesecker, Dutkanych & Macer, LLC        Kilpatrick Townsend & Stockton LLP
101 N. Seventh Street                                100 Peachtree Street, Suite 2800
Louisville, KY 40202                                   Atlanta, GA 30309
Telephone: (502) 561-3484                        Telephone: (404) 815-6500
Facsimile: (812) 424-1005                          Facsimile: (404) 815-6555
Email: ad@bdlegal.com                             Email: jalden@kilpatricktownsend.com
Email: mlofton@bdlegal.com                    Email: tbouchard@kilpatricktownsend.com

*Attorneys for Plaintiff*

US2008 14947548 1

Ruby D. Fenton
Tilford Dobbins & Schmidt, PLLC
401 West Main Street, Suite 1400
Louisville, KY 40202
Telephone: (502) 584-1000
Facsimile: (502) 584-2318
Email: rfenton@tilfordlaw.com

*Attorneys for Defendant*

US2008 14947548 1